UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

S.S., *et al.*,

                        Petitioners,

     v.

LAURA HERMOSILLO, *et al.*,

                        Respondents.

Case No. C25-2684-MLP

ORDER

This matter comes before the Court on Petitioners' motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Dkt. # 15.) Respondents did not file a response.

Based on Petitioners' motion and the supporting documents (dkt. ## 15-16), and in light of Respondents' lack of opposition, the Court ORDERS that the motion is GRANTED and that Petitioners are awarded fees and costs in the amount of $26,199.26 pursuant to 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).[1]

---

[1] Petitioners' requested total of $26,200.12 (dkt. # 15 at 9) appears to be based on an hourly rate of $258.47 rather than the applicable EAJA rate of $258.46. United States Courts for the Ninth Circuit, Statutory Maximum Rates Under the Equal Access to Justice Act, https://www.ca9.uscourts.gov/attorneys/statutory-maximum-rates/ (last visited May 20, 2026).

ORDER - 1

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Catholic Community Services of Lane County ("ILS"), based on Petitioners' assignment of this fee. (Dkt. # 16-4.) The check for EAJA fees shall be mailed to ILS's office address at 1055 Charnelton St. Eugene, Oregon 97401, or paid by electronic funds transfer.

Dated this 21st day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2